IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATLANTA FIVE PLUS ) <br> HOLDINGS LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> FILE No. 1:23-cv-01920-AT |

**ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE**

The Court, having read and reviewed the parties' Joint Stipulation [Doc. 8], and the Consent Decree attached thereto [Doc. 8-1], and for good cause shown, the relief requested in the Stipulation is **GRANTED**. The Court shall retain jurisdiction to enforce the parties' Consent Decree, and this case is **DISMISSED** with prejudice. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this 13th day of October, 2023.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**